UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/2025
```

-------------------------------------------------------------- X
                                        :
AMANIE RILEY,                           :
                                        :
                            Plaintiff,  :          1:25-cv-1168-GHW
                                        :
            -v-                         :              ORDER
                                        :
JACKSON HOLE BURGER, INC.,              :
                                        :
                            Defendant.  :
                                        :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On July 9, 2025, the Clerk of Court entered a certificate of default against Defendant. Dkt. No. 14. As of the date of this order, Defendant has not appeared in this action. Therefore, the initial pretrial conference scheduled for July 15, 2025 is adjourned *sine die*. The Court expects that any application for an order to show cause why default judgment should not be entered will be filed no later than August 1, 2025. The Court expects that any application for an order to show cause why default judgment should not be entered will fully comply with the Court's Individual Rules, specifically Attachment A to the Individual Rules of Practice in Civil Cases. The Court reminds the parties that in order for the Court to enter default judgment, the Court must determine whether Plaintiff's allegations establish liability as a matter of law, accepting factual allegations as true, except those relating to damages, and drawing all reasonable inferences in Plaintiff's favor.[1] *See Finkel v. Romanowicz*, 577 F.3d 79, 84 (2d Cir. 2009). Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service.

SO ORDERED.

Dated: July 11, 2025
       New York, New York

_____
GREGORY H. WOODS
United States District Judge

---

[1] The Court's decision in *Sookul v. Fresh Clean Threads, Inc.*, 754 F. Supp. 3d 395 (S.D.N.Y. 2024), may be instructive as to whether the Court can find liability in this case.