```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
AMANIE RILEY, on behalf of herself and all others                :
similarly situated,                                              :
                                                                 :         1:25-cv-1168-GHW
                                        Plaintiff,               :
                                                                 :              ORDER
                -v-                                              :
                                                                 :
JACKSON HOLE BURGER, INC.,                                       :
                                                                 :
                                        Defendant.               :
                                                                 X
----------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/2025

GREGORY H. WOODS, United States District Judge:

On July 9, 2025, the Clerk of Court entered a certificate of default against Defendant. Dkt. No. 14. On July 11, 2025, the Court issued an order reminding Plaintiff that "any application for an order to show cause why default judgment should not be entered [should] fully comply with the Court's Individual Rules, specifically Attachment A to the Individual Rules of Practice in Civil Cases." Dkt. No. 15. On August 1, 2025, Plaintiff filed a motion for default judgment. Dkt. Nos. 17, 18. Plaintiff's motion is denied without prejudice for failure to comply with the Court's Individual Rules. Plaintiff was directed to file an application for an order to show cause why default judgment should not be granted. Among the requirements for such an application is a memorandum of law addressing the issues listed in Attachment A. The Court expects that any renewed application will include a memorandum of law that will address, among the other issues listed in Attachment A, why Plaintiff is entitled to judgment in light of the Court's decision in *Sookul v. Fresh Clean Threads, Inc.*, 754 F. Supp. 3d 395 (S.D.N.Y. 2024), which the Court specifically highlighted in the July 11, 2025 order. The Clerk of Court is directed to terminate the motion

pending at Dkt. No. 18.

    SO ORDERED.

Dated: August 4, 2025
      New York, New York

_____
GREGORY H. WOODS
United States District Judge